**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| PRECISION PIPELINE, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:16cv00180 (JAG) |
| | ) | |
| DOMINION TRANSMISSION, INC., | ) | |
| | ) | |
| *Defendant*. | ) | |
| _____ | ) | |

### DOMINION TRANSMISSION, INC'S RESPONSE TO MOTION TO SEAL

Defendant Dominion Transmission, Inc. ("Dominion"), by counsel, submits this response to Plaintiff Precision Pipeline, LLC's ("Precision") Motion to Seal:

1.     Pursuant to Fed. R. Civ. P. Rule 10(c), Dominion adopts and incorporates by references its Opposition to Precision's Motion to Compel Deposition in response to Precision's Motion to Seal.

2.     Without waiving any of the arguments raised in Dominion's Opposition to Precision's Motion to Compel Deposition (1/18/2018 Dominion Opp'n To Mot. to Compel, ECF No. 150), Dominion joins in with Precision's request to file under seal the document identified as Exhibit 3 to Precision's Memorandum in Support of its Motion to Compel Deposition.

3.     Exhibit 3 was identified as Confidential pursuant to the Parties' Stipulated Protective Order (ECF No. 79) and Dominion agrees that Exhibit 3 should be filed under seal.

4.     For these reasons, Dominion respectfully joins in Precision's request that the Court file Exhibit 3 under seal.

Dated January 18, 2018                    Respectfully Submitted,

                                          **DOMINION TRANSMISSION, INC.**
                                          By Counsel


                                          */s/ M. Melissa Glassman*
                                          M. Melissa Glassman (VSB #27526)
                                          John D. Wilburn (VSB #40411)
                                          Heather B. Chaney (VSB #78313)
                                          Robert J. Farlow (VSB #87507)
                                          McGuireWoods LLP
                                          1750 Tysons Boulevard, Suite 1800
                                          Tysons Corner, VA  22102
                                          Telephone: (703) 712-5000
                                          Facsimile: (703) 712-5050
                                          mglassman@mcguirewoods.com
                                          jwilburn@mcguirewoods.com
                                          hchaney@mcguirewoods.com
                                          rfarlow@mcguirewoods.com


                                          Ryan D. Frei (VSB #70996)
                                          Ashley P. Peterson (VSB #87904)
                                          McGuireWoods LLP
                                          Gateway Plaza
                                          800 East Canal Street
                                          Richmond, VA 23219
                                          Telephone: (804) 775-1000
                                          Facsimile: (804) 775-1061
                                          rfrei@mcguirewoods.com
                                          apeterson@mcguirewoods.com

                                          *Counsel for Dominion Transmission, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 18th day of January, 2018, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF System which will then send a

notification of such filing (NEF) to the following:

Christopher J. Belter (*pro hac vice*)
Ryan G. Pitman (*pro hac vice*)
GOLDBERG SEGALLA, LLP
665 Main Street
Buffalo, NY 14203
Telephone: (716) 566-5400
Facsimile: (716) 566-5401
cbelter@goldbergsegalla.com
rpitman@goldbergsegalla.com

Thomas M. Wolf (VSB #18234)
Kenneth T. Stout (VSB #88027)
LECLAIRRYAN
919 East Main Street, 24th Floor
Richmond, VA 23219
Telephone: (804) 916-7143
Facsimile: (804) 916-7243
thomas.wolf@leclairryan.com
kenneth.stout@leclairryan.com

*Counsel for Precision Pipeline, LLC*

*/s/ M. Melissa Glassman_____*
*Counsel for Dominion Transmission, Inc.*

3